IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID R. PUGH                              :

    v.                                       :   Civil Action No. DKC 13-1602

CORELOGIC CREDCO, LLC                      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of October, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1.  The motion to dismiss filed by Defendant Corelogic Credco, LLC, construed as a motion for judgment on the pleadings, (ECF No. 12), BE, and the same hereby IS, GRANTED;

2.  Judgment on the pleadings BE, and the same hereby IS, ENTERED in favor of Defendant Corelogic Credco, LLC and against Plaintiff David R. Pugh on all counts and the complaint filed by Plaintiff David R. Pugh (ECF No. 2) BE and the same hereby IS DISMISSED; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to *pro se* Plaintiff David R. Pugh and counsel for Defendant Corelogic Credco, LLC and CLOSE this case.

/s/<br>
DEBORAH K. CHASANOW<br>
United States District Judge